# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:11cr291

| | |
|---|---|
| UNITED STATES OF AMERICA, )| |
| ) | |
| Vs. ) | ORDER |
| ) | |
| STEVEN LEE SCHARR. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion for Order Directing Payment of Travel Expenses. Title 18 U.S.C. § 4285 provides that when an indigent person is released pending a court appearance, a judge "may, when the interests of justice would be served thereby" direct the United States Marshal to arrange for or pay for transportation for a person released on bail "to the place where his appearance is required." 18 U.S.C. § 4285. As of January 4, 2012, defendant averred that he received over $1600 in monthly income, owned a relatively new 2003 Toyota Camry, and had $2800 in a checking account. Further, he shows monthly expenses of less than $900. While defendant may not have sufficient funds with which to hire counsel, he does have sufficient funds as well as the means to travel from his home in Richmond, Virginia to Charlotte, North Carolina, at his own expense. See CJA 23 (#5). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Order Directing Payment of Travel Expenses (#15) is **DENIED**.

Signed: June 21, 2012

Max O. Cogburn Jr.
United States District Judge